UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FRANCISCO VIDAL, *et al.*,

    Plaintiffs,

    v.

SHERIFF JOE LOMBARDO, *et al.*,

    Defendants.

Case No. 2:19-cv-01578-RFB-EJY

**ORDER**

## I. DISCUSSION

    A.    <u>Plaintiff Cannot Represent Other Plaintiffs.</u>

On September 9, 2019, Plaintiff Francisco Vidal, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). In his pro se complaint, Plaintiff Vidal included three additional plaintiffs. Pursuant to 28 U.S.C. § 1654, pro se litigants have the right to plead claims on their own behalf and, as is generally true, may not plead claims on behalf of others. *Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). As such, if each additional plaintiff named in the complaint at ECF No. 1-1 wishes to pursue an action in this Court, each plaintiff is required to file his or her own complaint in a new and separate case. Each individual must also either file his/her own fully completed application to proceed *in forma pauperis* or pay the full $400 filing fee.

Plaintiff Vidal, and any individual named by Vidal who may file a new case with the Court, must maintain a current address with the Court and keep such addresses updated. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

1

B.      Plaintiff Vidal's Failure To Pay The Filing Fee Or Submit IFP Paperwork.

On September 9, 2019, with Plaintiff Vidal's submitted his Complaint to the Court, but neither paid the full $400 filing fee nor filed an application to proceed *in forma pauperis*. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee. To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court grants Plaintiff Vidal a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents or, in the alternative, pay the full $400 filing fee for this action on or before **June 8, 2020**. Absent unusual circumstances, the Court will not grant any further extensions of time. If Plaintiff Vidal is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $400 filing fee on or before **June 8, 2020**, the Court will dismiss this case without prejudice and Plaintiff Vidal may file a new case with the Court when Plaintiff Vidal is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee.

To clarify, a dismissal without prejudice means Plaintiff Vidal does not give up the right to refile the case with the Court, under a new case number, when he has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff Vidal may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **June 8, 2020** to proceed with this case. The Court will retain Plaintiff Vidal's civil rights

complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff Vidal timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

**II.    CONCLUSION**

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court shall send Plaintiff Vidal the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, if each additional plaintiff named in the complaint at ECF No. 1-1 wishes to pursue an action in this Court, each plaintiff is required to file their own complaint in a new and separate case and submit either their own fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee.

IT IS FURTHER ORDERED that on or before **June 8, 2020**, Plaintiff Vidal shall either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3);

    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form); and

    (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff Vidal does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **June 8, 2020**, the Court will dismiss this action <u>without prejudice</u> and Plaintiff Vidal may refile the case with the Court, under a new case number, when he has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

1  IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No.1-1) but will not file it at this time.

DATED: April 13, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE