UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO VIDAL, *et al.*, | Case No. 2:19-cv-01578-RFB-EJY |
| Plaintiffs, | |
| v. | **ORDER** |
| SHERIFF JOE LOMBARDO, *et al.*, | |
| Defendants. | |

According to the inmate database for the Nevada Department of Corrections, Plaintiff is no longer incarcerated at High Desert State Prison. Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Plaintiff has not filed a written notification informing the Court of his current address.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court within **thirty (30) days** from the date of this Order.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this Order, the Court shall dismiss this case without prejudice.

DATED THIS 8th day of May, 2020.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1